ANDREW P. VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
ALAN A. LIMBACH, Bar No. 173059
alan.limbach@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com
KRISTA A. CELENTANO, Bar No. 279526
krista.celentano@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendants and Counterclaimant
TFI-TELEMARK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BROOKS AUTOMATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TELEMARK, INC.,<br><br>Defendant. | CASE NO.  3:11-cv-05776-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE SETTLEMENT CONFERENCE SCHEDULE |

It is hereby stipulated, by and between Plaintiff Brooks Automation, Inc. ("Brooks") and Defendant and Counterclaim-Plaintiff TFI-Telemark ("Telemark"), through their respective counsel subject to the approval of the Court, that the settlement schedule below shall apply in this action.

The parties, through their counsel, respectfully request that the Court move the settlement conference date, currently set for August 2, 2012. The principal for Telemark will be out of the country July 14, 2012, to July 23, 2012, making it difficult to meet the pre-settlement conference obligation for the principals to meet in advance. Given the foregoing unavailability, the Parties have agreed, subject to the Court's approval, to move the settlement conference and related pre-

-1-

Case3:11-cv-05776-RS Document26 Filed05/02/12 Page2 of 3

1  settlement conference dates in this case. The Court indicates that June 21, 2012 is available for
2  the settlement conference. Accordingly, the Parties respectfully request that the settlement
3  conference and that the remaining dates be modified as set forth in the "Proposed New Dates"
4  column in the following table:

| Event | Proposed New Dates | Dates Previously Ordered |
|---|---|---|
| Brooks to make initial demand (offer) to Telemark | **May 25, 2012** | July 6, 2012 |
| Telemark to respond to demand with its own offer | **June 1, 2012** | July 13, 2012 |
| Principals of parties to meet no later than this date | **June 8, 2012** | July 20, 2012 |
| Parties exchange settlement conference briefs and submit to Judge Spero | **June 14, 2012** | July 26, 2012 |
| Settlement Conference (SF courthouse – 9:30 am) | **June 21, 2012** | August 2, 2012 |

Dated: May 1, 2012          **DLA PIPER LLP (US)**

                            By    /s/
                               ANDREW P. VALENTINE
                               ALAN LIMBACH
                               CARRIE WILLIAMSON
                               KRISTA CELENTANO

                            Attorneys for Defendant and Counterclaimant
                            TFI-TELEMARK

Dated: May 1, 2012          **FINNEGAN, HENDERSON, FARABOW,
                            GARRETT & DUNNER, LLP**

                            By    /s/
                               LINDA THAYER
                               ERIK R. PUKNYS

                            Attorneys for Plaintiff
                            Brooks Automation, Inc.

DLA Piper LLP (US)
East Palo Alto

WEST\229976795.2

-2-
STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE SCHEDULE
4:11-CV-05776-RS

1

2

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5  DATED:  __5/2/12_____         _____
                                          The Honorable Joseph C. Spero
6                                         United States District Court Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28