1 | ANDREW P. VALENTINE, Bar No. 162094
2 | andrew.valentine@dlapiper.com
  | ALAN A. LIMBACH, Bar No. 173059
3 | alan.limbach@dlapiper.com
  | CARRIE L. WILLIAMSON, Bar No. 230873
4 | carrie.williamson@dlapiper.com
  | KRISTA A. CELENTANO, Bar No. 279526
5 | krista.celentano@dlapiper.com
  | DLA PIPER LLP (US)
6 | 2000 University Avenue
7 | East Palo Alto, CA 94303-2214
  | Tel: 650.833.2000
8 | Fax: 650.833.2001

9 | Attorneys for Defendants and Counterclaimant
  | TFI-TELEMARK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BROOKS AUTOMATION, INC., | CASE NO.  3:11-cv-05776-RS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER RE SETTLEMENT CONFERENCE SCHEDULE |
| TELEMARK, INC., | |
| Defendant. | |

It is hereby stipulated, by and between Plaintiff Brooks Automation, Inc. ("Brooks") and Defendant and Counterclaim-Plaintiff TFI-Telemark ("Telemark"), through their respective counsel subject to the approval of the Court, that the settlement schedule below shall apply in this action.

The parties, through their counsel, respectfully request that the Court move the settlement conference date, currently set for August 2, 2012.  The principal for Telemark will be out of the country July 14, 2012, to July 23, 2012, making it difficult to meet the pre-settlement conference obligation for the principals to meet in advance.  Given the foregoing unavailability, the Parties have agreed, subject to the Court's approval, to move the settlement conference and related pre-

-1-

settlement conference dates in this case.  The Court indicates that June 21, 2012 is available for

the settlement conference.  Accordingly, the Parties respectfully request that the settlement

conference and that the remaining dates be modified as set forth in the "Proposed New Dates"

column in the following table:

| Event | Proposed New Dates | Dates Previously Ordered |
|---|---|---|
| Brooks to make initial demand (offer) to Telemark | **May 25, 2012** | July 6, 2012 |
| Telemark to respond to demand with its own offer | **June 1, 2012** | July 13, 2012 |
| Principals of parties to meet no later than this date | **June 8, 2012** | July 20, 2012 |
| Parties exchange settlement conference briefs and submit to Judge Spero | **June 14, 2012** | July 26, 2012 |
| Settlement Conference (SF courthouse – 9:30 am) | **June 21, 2012** | August 2, 2012 |

Dated:  May 1, 2012                         **DLA PIPER LLP (US)**


                                            By ___/s/_____
                                                ANDREW P. VALENTINE
                                                ALAN LIMBACH
                                                CARRIE WILLIAMSON
                                                KRISTA CELENTANO

                                                Attorneys for Defendant and Counterclaimant
                                                TFI-TELEMARK


Dated:  May 1, 2012                         **FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP**


                                            By ___/s/_____
                                                LINDA THAYER
                                                ERIK R. PUKNYS

                                                Attorneys for Plaintiff
                                                Brooks Automation, Inc.

1

2

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5   DATED:  __5/2/12_____   _____
                                      The Honorable ____ Spero
6                                     United States District Court Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)    WEST\229976795.2        STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE SCHEDULE
East Palo Alto                                                          4:11-CV-05776-RS