Andrew P. Valentine (SBN 162094)
andrew.valentine@dlapiper.com
Alan A. Limbach (SBN 173059)
alan.limbach@dlapiper.com
Carrie L. Williamson (SBN 230873)
carrie.williamson@dlapiper.com
Krista A. Celetano (SBN 279526)
krista.celetano@dlapiper.com

**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Attorneys for Defendant
TFI-TELEMARK

Erik R. Puknys
Wesley Derrick
**FINNEGAN, HENDERSON, FARRABOW, GARRETT & DUNNER LLP**
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Linda Thayer
**FINNEGAN, HENDERSON, FARRABOW, GARRETT & DUNNER LLP**
55 Cambridge Parkway, Suite 700
Boston, MA 02142
Telephone: (617) 452-1680
Facsimile: (617) 456-1666

Attorneys for Plaintiff
BROOKS AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BROOKS AUTOMATION, INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TELEMARK, INC.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:11-CV-05776-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF CLAIMS AND COUNTERCLAIMS** |

1  WHEREAS the parties to this lawsuit have executed a written settlement agreement
2  resolving all claims and counterclaims, it is HEREBY STIPULATED between Brooks
3  Automation, Inc., and TFI-Telemark that all claims and counterclaims be DISMISSED WITH
4  PREJUDICE, each party to bear its own costs and attorneys' fees, pursuant to Federal Rule of
5  Civil Procedure 41(a)(1)(A)(ii).

Date: July 12, 2012    DLA PIPER LLP (US)

/s/ Andrew P. Valentine
Andrew P. Valentine

Attorneys for Defendant TMI-TELEMARK

Date: July 12, 2012    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP

/s/ Erik R. Puknys
Erik R. Puknys

Attorneys for Plaintiff BROOKS AUTOMATION, INC.

SO ORDERED.

Dated:  7/12/12

Honorable Richard Seeborg
United States District Judge