1  Andrew P. Valentine (SBN 162094)
   andrew.valentine@dlapiper.com
2  Alan A. Limbach (SBN 173059)
   alan.limbach@dlapiper.com
3  Carrie L. Williamson (SBN 230873)
   carrie.williamson@dlapiper.com
4  Krista A. Celetano (SBN 279526)
   krista.celetano@dlapiper.com
5

6  **DLA PIPER LLP (US)**
   2000 University Avenue
7  East Palo Alto, CA 94303
   Telephone: (650) 833-2000
8  Facsimile: (650) 833-2001

9  Attorneys for Defendant
   TFI-TELEMARK
10

Erik R. Puknys
Wesley Derrick
**FINNEGAN, HENDERSON, FARRABOW, GARRETT & DUNNER LLP**
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Linda Thayer
**FINNEGAN, HENDERSON, FARRABOW, GARRETT & DUNNER LLP**
55 Cambridge Parkway, Suite 700
Boston, MA 02142
Telephone: (617) 452-1680
Facsimile: (617) 456-1666

Attorneys for Plaintiff
BROOKS AUTOMATION, INC.

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN FRANCISCO DIVISION**

15

| | |
|---|---|
| 16  BROOKS AUTOMATION, INC. | Case No. 3:11-CV-05776-RS |
| 17          Plaintiff, | |
| 18      vs. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF CLAIMS AND COUNTERCLAIMS** |
| 19  TELEMARK, INC., | |
| 20          Defendants. | |
| 21 | |
| 22  AND RELATED COUNTERCLAIMS | |

WHEREAS the parties to this lawsuit have executed a written settlement agreement resolving all claims and counterclaims, it is HEREBY STIPULATED between Brooks Automation, Inc., and TFI-Telemark that all claims and counterclaims be DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: July 12, 2012        DLA PIPER LLP (US)

/s/ Andrew P. Valentine
Andrew P. Valentine

Attorneys for Defendant TMI-TELEMARK

Date: July 12, 2012        FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP

/s/ Erik R. Puknys
Erik R. Puknys

Attorneys for Plaintiff BROOKS AUTOMATION, INC.

SO ORDERED.

Dated: 7/12/12

Honorable Richard Seeborg
United States District Judge